# EXHIBIT A

**(Raines Feldman Litrell LLP - Preference Payments)**

| Debtor Transferor | Transferee | Account ending | Payment method | Date | Clear Date | Amount |
|---|---|---|---|---|---|---|
| HC Liquidating, Inc. f/k/a HyreCar, Inc. | Raines Feldman Litrell LLP | JPMorgan Chase Acct. ending 5593 | Electronic Payment | 02/22/2023 | 02/22/2023 | $35,000.00 |
| | | | | | **Total** | **$35,000.00** |